# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Kseniia Petrova | ) | 25-5150-JGD |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 16, 2025  in the county of  United States  in the
_____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 545 | Smuggling goods into the United States |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Brian Goldsworthy, HSI
*Printed name and title*

Subscribed and sworn to via telephone in accordance with
Federal Rule of Criminal Procedure 4.1.

Date: 05/12/2025

*Judge's signature*

City and state:  Boston, Massachusetts      Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*