**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** Homeland Security Investigations

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number 25-5150-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

**Defendant Information:**
Defendant Name: Kseniia Petrova  Juvenile: ☐ Yes ☒ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No
Alias Name: _____
Address: Boston Park Drive, Boston, MA
Birth date (Yr only): 1994  SSN (last 4#): _____  Sex: F  Race: White  Nationality: Russia

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Nadine Pellegrini  Bar Number if applicable: 545606

**Interpreter:** ☐ Yes ☒ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☒ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** ICE Detention Facility Louisiana
**Arrest Date:** 2/16/2025 detained by ICE

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/12/2025  Signature of AUSA: /s/ Nadine Pellegrini

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Kseniia Petrova

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 545 | Smuggling | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**