UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) M.J. No. 25-5150-JGD |
| | ) |
| KSENIIA PETROVA, | ) |
| | ) |
| Defendant | ) |
| | ) |

## MOTION TO UNSEAL COMPLAINT

The United States of America respectfully moves this Court to unseal the Complaint, arrest warrant, and the Complaint Affidavit in the above-captioned matter. As grounds, the government states that defendant has been arrested on May 14, 2025.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Nadine Pellegrini*
Nadine Pellegrini
Assistant U.S. Attorney

Dated: May 14, 2025