CLOSED

Jump to Docket Table

# U.S. District Court
## Western District of Louisiana (Monroe)
## CRIMINAL DOCKET FOR CASE #: 3:25−mj−00092−KDM−1

| | |
|---|---|
| Case title: USA v. Petrova | Date Filed: 05/14/2025 |
| Other court case number: 1:25−mj−05150 District of Massachusetts (Boston) | Date Terminated: 05/15/2025 |

Assigned to: Magistrate Judge Kayla D McClusky

**Defendant (1)**

**Kseniia Petrova**　　　　　　represented by　**Betty Lee Marak**
*TERMINATED: 05/15/2025*　　　　　　　　　Federal Public Defenders Office (SHV)
　　　　　　　　　　　　　　　　　　　　　　300 Fannin St Ste 2199
　　　　　　　　　　　　　　　　　　　　　　Shreveport, LA 71101
　　　　　　　　　　　　　　　　　　　　　　318−676−3310
　　　　　　　　　　　　　　　　　　　　　　Fax: 318−676−3313
　　　　　　　　　　　　　　　　　　　　　　Email: betty_marak@fd.org
　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Charges originating in District of Massachusetts: 18:545.F − | |

Smuggling goods into the United States

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Jessica Diane Cassidy**<br>U S Attorneys Office (SHV)<br>300 Fannin St Ste 3201<br>Shreveport, LA 71101−3068<br>318−676−3600<br>Fax: 318−676−3363<br>Email: jessica.cassidy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2025 | | ARREST (Rule 5(c)(2)) of Kseniia Petrova (1) (crt,Adams, K) (Entered: 05/14/2025) |
| 05/14/2025 | 1 | RULE 40 or 5(c)(3) Charging Documents Received from District of Massachusetts, their Case Number 1:25−mj−05150, as to Kseniia Petrova (1). (Attachments: # 1 Criminal Complaint, # 2 Sealed − Affidavit, # 3 Sealed − Arrest Warrant)(crt,Adams, K) (Entered: 05/14/2025) |
| 05/14/2025 | 2 | MINUTES for proceedings held before Magistrate Judge Kayla D McClusky: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Kseniia Petrova (1) held on 5/14/2025. Defendant requested that her attorney Gregory Romanovsky be present for the hearing. Initial Appearance − Rule 5c3 RESET for 5/15/2025 09:45 AM by video conference before Magistrate Judge Kayla D McClusky. (Court Reporter: VTC) (crt,Adams, K) (Entered: 05/14/2025) |
| 05/15/2025 | 3 | ORAL MOTION for Betty Lee Marak to Enroll as Counsel by Kseniia Petrova (1). Motion Ripe Deadline set for 5/15/2025. (Attorney Betty Lee Marak added to party Kseniia Petrova(pty:dft))(crt,Adams, K) (Entered: 05/15/2025) |
| 05/15/2025 | 4 | ORAL MOTION for Detention by USA as to Kseniia Petrova (1). Motion Ripe Deadline set for 5/15/2025. (crt,Adams, K) (Entered: 05/15/2025) |
| 05/15/2025 | 5 | MINUTES for proceedings held before Magistrate Judge Kayla D McClusky: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Kseniia Petrova (1) held on 5/15/2025. Oral order granting 3 Motion to Enroll Counsel Betty Lee Marak as local counsel for Defendant. The Government is moving to detain defendant 4 . Defendant requested that any preliminary or detention hearing be held in the prosecuting district. Defendant temporarily detained and remanded to the custody of the U.S. Marshal for transport to the District of Massachusetts, Division of Boston. (Court Reporter: VTC) (crt,Adams, K) (Entered: 05/15/2025) |
| 05/15/2025 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Kseniia Petrova (1). (crt,Adams, K) (Entered: 05/15/2025) |
| 05/15/2025 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Kseniia Petrova (1). Defendant committed to District of Massachusetts. Signed by Magistrate Judge Kayla D McClusky |

|  |  | on 5/15/2025. (crt,Adams, K) (Entered: 05/15/2025) |

USA v. Petrova (3:25−mj−00092−KDM)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| UNITED STATES OF AMERICA | CASE NO. 3:25-MJ-00092-01 |
|---|---|
| VERSUS | MAG. JUDGE KAYLA D. MCCLUSKY |
| KSENIIA PETROVA (01) | |

**MINUTES OF COURT:**
**Initial Appearance – Rule 5c3**

| Date: | 5/14/25 | Presiding: Mag. Judge Kayla D. McClusky | |
|---|---|---|---|
| Court Opened: | 2:30 p.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 2:35 p.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:05 | Courtroom: | Video Conference |
| | | Probation Officer: | Kristin Vidrine |

**APPEARANCES**

| Jessica Cassidy (AUSA) | For | United States of America |
|---|---|---|
| Kseniia Petrova (01) | | (LOCATION CUSTODY) |

**PROCEEDINGS**

Defendant is advised of her right to remain silent.

Defendant requested that her attorney be present for the hearing and advised that Gregory Romanovsky is representing her on her immigration and criminal matters.

**NEXT:**
This hearing is reset for May 15, 2025 at 9:45 a.m. by Zoom Video Conference before Magistrate Judge McClusky.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UNITED STATES OF AMERICA**                    CASE NO. 3:25-MJ-00092-01

**VERSUS**                                       MAG. JUDGE KAYLA D. MCCLUSKY

**KSENIIA PETROVA (01)**

## MINUTES OF COURT:
### Initial Appearance – Rule 5c3

| Date: | 5/15/25 | Presiding: Mag. Judge Kayla D. McClusky | |
|---|---|---|---|
| Court Opened: | 9:48 a.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 10:10 a.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:22 | Courtroom: | Video Conference |
| | | Probation Officer: | Casey Stevens |

## APPEARANCES

| | | |
|---|---|---|
| Jessica Cassidy (AUSA) | For | United States of America |
| Betty Marak (AFPD) | For | Kseniia Petrova, Defendant (01), Defendant |
| Kseniia Petrova (01) | | (LOCATION CUSTODY) |

## PROCEEDINGS

All parties appeared via video conference. This proceeding was conducted by Video Conference with the oral consent of defendant.

Gregory Romanovsky and William Fick are counsel for Defendant and were present but did not make an appearance in this matter.

**INITIAL APPEARANCE:**
Defendant admitted her identity.
Defendant advised of charges in the Complaint pending in the District of Massachusetts, Division of Boston & her rights.

**MOTION:**
Oral Motion to Enroll Betty Marak, with the Office of the Federal Public Defender, as local counsel for Defendant.

**ORDER**
Oral Order granting Motion to Enroll Betty Marak, with the Office of the Federal Public Defender, as local counsel for Defendant.

**RELEASE:**
The government is moving to detain defendant. Defendant requested that any preliminary or detention hearing be held in the prosecuting district. Defendant is temporarily detained and remanded to the custody of the U.S. Marshal for transport to the District of Massachusetts, Division of Boston.

**FILINGS:**
Waiver of Rule 5 & 5.1 Hearings
Commitment to Another District

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>**KSENIIA PETROVA (01)**<br><br>_Defendant_ | ) )<br>) Case No. 3:25-mj-00092-KDM<br>) )<br>) Charging District's Case No. 25-5150-JGD<br>) ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __District of Massachusettes__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: May 15, 2025

_Defendant's signature_

_Signature of defendant's attorney_

Betty L. Marak
_Printed name of defendant's attorney_

7

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LA

MAY 1 5 2025

DANIEL J. McCOY, CLERK
BY: _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KSENIIA PETROVA (01) | ) | Case No. 3:25-mj-00092-KDM |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. 25-5150-JGD |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Massachusetts,
(if applicable) Boston division. The defendant may need an interpreter for this language: _____.

The defendant: ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 05/15/2025

_Kayla D. McClusky_
Judge's signature

KAYLA D. MCCLUSKY, U.S. Magistrate Judge
Printed name and title

[Print] [Save As...] [Reset]

8