UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 25-mj-5150-JGD |
| ) | |
| KSENIIA PETROVA, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF ATTORNEY APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel of record for the government in the above-captioned matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney
BBO # 694712
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3119
david.holcomb@usdoj.gov

Dated: June 11, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David Holcomb*
David Holcomb
Assistant United States Attorney

Date: June 11, 2025